MUNDET CORK CORPORATION, Appellant, *v.* VERONICA GRUPP, Respondent.

Supreme Court, Appellate Term, First Department, March 15, 1935.

*Edgar I. Ahrweiler*, for the appellant.

No one appearing for the respondent.

PER CURIAM. The holder of a note in due course is not bound by a payment made to a prior holder after the transfer of the note. Such a payment is made at the peril of the one making it. (*Carr* v. *Lewis*, 20 N. Y. 138; *First National Bank of Bridgeport* v. *Blackman*, 249 id. 322.)

Judgment reversed, with thirty dollars costs, and judgment directed for the plaintiff for the amount claimed in the summons.

All concur; present, LYDON, HAMMER and FRANKENTHALER, JJ.